JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOEL VELO LAZARO, et al., | ) | Case No. CV 14-0956 FMO (AJWx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| CAL-WESTERN RECONVEYANCE CORPORATION, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 24th day of July, 2014.

/s/
_____
Fernando M. Olguin
United States District Judge